980

No. 577, Misc. REED v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 579, Misc. SMITH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 581, Misc. ROBERTS v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 582, Misc. ENGRAM v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 583, Misc. JONES v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 584, Misc. SIMONTON v. DISTRICT COURT OF IOWA, LEE COUNTY. C. A. 8th Cir. Certiorari denied.

No. 585, Misc. McDOWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 586, Misc. METZGER v. ILLINOIS ET AL. Supreme Court of Illinois. Certiorari denied.

No. 593, Misc. CRUMP v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Arnold M. Lerman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.